IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Cynthia

Printed: 10/29/08

Case Number: 08 B 23691
Judge: Hollis, Pamela S
Filed: 9/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | RoundUp Funding LLC | Unsecured | 281.94 | 0.00 |
| 2. | Americredit Financial Ser Inc | Unsecured | 954.56 | 0.00 |
| 3. | ABC Recoveries | Unsecured | | No Claim Filed |
| 4. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 5. | Aaron Rents | Unsecured | | No Claim Filed |
| 6. | Allied Interstate | Unsecured | | No Claim Filed |
| 7. | American Credit Exchange | Unsecured | | No Claim Filed |
| 8. | Mirna Allen & Michael Simkunas | Unsecured | | No Claim Filed |
| 9. | CCS | Unsecured | | No Claim Filed |
| 10. | Alliance One | Unsecured | | No Claim Filed |
| 11. | Credit Management Service | Unsecured | | No Claim Filed |
| 12. | CCS | Unsecured | | No Claim Filed |
| 13. | H&F Law | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | IQ Tel | Unsecured | | No Claim Filed |
| 16. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 17. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| 21. | First National Recovery | Unsecured | | No Claim Filed |
| 22. | Ginny's | Unsecured | | No Claim Filed |
| 23. | Guaranty Bank | Unsecured | | No Claim Filed |
| 24. | MB Financial | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |
| 26. | Washington Mutual Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Cynthia

Printed: 10/29/08

Case Number: 08 B 23691
Judge: Hollis, Pamela S
Filed: 9/8/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | | $ 1,236.50 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

